UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY TORREZ JR.,

Plaintiff,

v.

JEOFFREY D. WILSON et al.,

Defendant.

1:26-cv-5525-EGC (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS

Plaintiff is a county jail inmate proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, **IT IS HEREBY ORDERED** that:

**Within forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 21, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE